# UNITED STATES COURT OF APPEALS
# ELEVENTH CIRCUIT

_____

APPEAL NO. 23-13670-J
_____

UNITED STATES OF AMERICA and THE STATE OF
FLORIDA *ex rel.* ROBERT V. SMITH
Appellants,

v.

JAY A. ODOM and OKALOOSA COUNTY,
BOARD OF COUNTY COMMISSIONERS,
Appellees.
_____

LOWER COURT:
THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Case No. 3:20-cv-03678/MCR/ZCB
_____

**APPELLANTS' NOTICE OF RELATED CASE**
_____

**ELIZABETH C. BILLHIMER**
Florida Bar No.: 121986
CLARK PARTINGTON
4100 Legendary Drive, Suite 200
Destin, Florida 32541
Phone (850) 269-8853
Fax (850) 650-3305
ebillhimer@clarkpartington.com
*Attorneys for the Appellants*

1

Case No. 23-13670-J
*United States of America ex rel. Smith, et. al. v. Odom, et al.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1 and 11th Circuit Rule 26.1-4, Appellants, United States of America and The State of Florida *ex rel*. Robert V. Smith ("Smith") file this Certificate of Interested Persons and Corporate Disclosure Statement.

I. **Disclosure Pursuant to L.R.A.P. 26.1-1:**

    A.    Beard, Esq., Amelia Hallenberg

    B.    Billhimer, Esq., Elizabeth C.

    C.    Bolitho, The Honorable Zachary C.

    D.    Boyles, Commissioner Nathan

    E.    Goodwin, Commissioner Trey

    F.    Gordon, III, Esq., A. Benjamin

    G.    Hoshihara, Esq., Lynn M.

    H.    Hunt, Esq., Nathaniel H.

    I.    Izzo, Esq., Anne Nicole

    J.    Ketchel, Commissioner Carolyn

K.  Kirsch, Esq., Peter J.

L.  Knight, Esq., Christopher A.

M.  Mixon, Commissioner Paul

N.  Odom, Jay A.

O.  Okaloosa County Board of County Commissioners

P.  Okaloosa County, Florida

Q.  Parsons, Esq., Kerry A.

R.  Patronis, Jimmy – FL Dept. of Financial Services CFO

S.  Ponder, Commissioner Mel

T.  Rodgers, The Honorable M. Casey

U.  Schofield, Esq., Michael J.

V.  Shaud, Esq., Matthew Reed

W.  Smith, Robert V.

X.  Sobotkin, Esq., David M.

Y.  State of Florida, The

Z.  Stewart, Esq., Gregory T.

AA.  United States of America

BB.  Wilbanks, Esq., Sarah

II.　**Disclosure Pursuant to F.R.A.P. 26.1 (Parent Corporation and Publicly Held Corporations that Own 10% or More of Appellee's Stock):**

    A.　None.

## APPELLANTS' NOTICE OF RELATED CASE

Appellants, United States of America and The State of Florida *ex rel*. Robert V. Smith, by undersigned counsel gives notice of related case and hereby provides an update to Appellants' Civil Appeal Statement as follows:

On January 13, 2024, a Part 16 action was filed with the United States of America Federal Aviation Administration ("FAA") styled *Robert V. Smith v. Okaloosa County, Florida* involving some of the same issues as this appeal. On January 30, 2024, the FAA served a Notice of Docketing assigning the case Docket No. 16-24-01.

/s/ Elizabeth C. Billhimer
**ELIZABETH C. BILLHIMER**
Florida Bar No. 0121986
CLARK PARTINGTON
4100 Legendary Drive, Ste. 200.
Destin, Florida 32541
(850) 650-3304 telephone
(850) 650-3305 facsimile
ebillhimer@clarkpartington.com
ldunlap@clarkpartington.com
pabbott@clarkpartington.com
*Attorney for Appellants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Eleventh Circuit Court of Appeals and served electronically to all counsel of record under 11th Circuit Local Rule 25-3(a), this 1st

day of February 2024.  Additionally, copies have been mailed via first class U.S. mail, postage prepaid on this 1st day of February 2024 to the following:

CHRISTOPHER A. KNIGHT
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL  32399-1050

JIMMY PATRONIS, Chief Financial Officer
Florida Department of Financial Services
200 East Gaines Street
Tallahassee, FL  32399

DAVID M. SOBOTKIN
Trial Attorney
U.S. Department of Justice
Civil Division, Fraud Section
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

                                                /s/ *Elizabeth C. Billhimer*
                                                **ELIZABETH C. BILLHIMER**