**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                  In Replying Give Number
Clerk                                                                                                Of Case and Names of Parties

August 9, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **DECEMBER 16, 2024, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---
***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.  PLEASE REFER TO CALENDAR #6.***

| Case No. | Case Name |
|---|---|
| 23-13134 | Payam Katebian, et al. v. Tamara Ogier, et al. |
| 23-13195 | Sterling BV, Inc. v. Cadillac Products Packaging Company |
| 23-11039 | Marcus Allen v. First Unum Life Insurance Company, et al. |
| 23-13217 | Lester Smith v. Dewberry, et al. |
| 23-11968 | Anthony Oliver v. Warden Wilcox State Prison, et al. |
| 23-13665 | Crimson Oak Grove Resources, LLC v. Federal Mine Safety and Health Review Commission, et al. |
| 23-13501 | Florida Preborn Rescue, Inc., et al. v. City of Clearwater, Florida |
| 23-12878 | Lesley Williams v. Board of Regents of the University System of Georgia, et al. |
| 23-13537 | United States v. Charles Adams, et al. |
| 23-11730 | Jamaal Bilal v. Jeffrey Benoit, et al. |
| 23-11129 | United States v. Rassan Tarabein |
| 23-10678 | Brian Albert v. Association of Certified Anti-Money Laundering Specialists, LLC |
| 23-12527 | Mark Weissman, et al. v. Michael Cheokas |
| 23-13670 | Robert Smith v. Jay Odom, et al. |
| 23-10105 | Isaac Lopez-Martinez v. U.S. Attorney General (Consolidated with 23-12058, Martha Martinez-Lara v. U.S. Attorney General) |
| 22-12848 | Jeremias Medrado Pasqual-Andres v. U.S. Attorney General |