UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

APPEAL NO. 23-13670-J

UNITED STATES OF AMERICA and THE STATE OF FLORIDA *ex rel.*
ROBERT V. SMITH,
Appellants,

v.

JAY A. ODOM and OKALOOSA COUNTY,
BOARD OF COUNTY COMMISSIONERS,
Appellees.

Appeal from the United States District Court for the
Northern District of Florida, Pensacola Division

No. 3:20-cv-03678/MCR/ZCB
_____

**APPELLANTS, UNITED STATES OF AMERICA AND
THE STATE OF FLORIDA *ex rel.* ROBERT V. SMITH'S
<u>MOTION TO RESCHEDULE/POSTPONE ORAL ARGUMENT</u>**

Appellant, United States of America and The State of Florida *ex rel.* Robert V. Smith ("Appellant Smith"), files this Motion to Reschedule/Postpone Oral Argument pursuant to Federal Rule of Appellate Procedure 34(b), and in support states as follows:

1.     On February 1, 2024, Appellant Smith filed in this action a Notice of Related Case (Dkt. #24), notifying the Court that on January 13, 2024, a Part 16 action was filed with the United States of America Federal Aviation Administration

("FAA") styled *Robert V. Smith v. Okaloosa County, Florida* (the "FAA Part 16 Case") involving some of the same issues as this appeal. On January 30, 2024, the FAA served a Notice of Docketing assigning the case Docket No. 16-24-01.

2. The FAA Part 16 Case is fully briefed.

3. The procedural timeline to receive a Director's Determination in an FAA Part 16 case is typically 120 days after the date the last pleading was due. *See* 14 CFR § 16.31(a).

4. On or about September 10, 2024, the FAA filed a Notice of Extension in the FAA Part 16 Case. *See* Exhibit 1.

5. The Notice of Extension states that "[a]dditional time is necessary and appropriate for a fair and complete consideration of the matters before the agency."

6. The Notice of Extension further states that "pursuant to 14 CFR part 16, subpart B, the date by which the Director's Determination will be issued in this matter is hereby **EXTENDED** to and including November 1, 2024."

7. In other FAA Part 16 cases, the FAA has issued multiple extension notices depending on the complexity of issues. At present, it is unknown if the FAA will seek a further extension past November 1, 2024.

8. Oral argument in this case is currently set for the week of December 14, 2024.

9. Appellant Smith seeks to postpone/reschedule oral argument to allow adequate time for the FAA to issue its Director's Determination in the FAA Part 16 Case and for Appellant Smith to submit the FAA Director's Determination to this Court for consideration as supplemental authority.

10. As reflected in Appellant Smith's briefs and his Notice of Related Case, the FAA Director's Determination in the FAA Part 16 Case is relevant to the issues in this case, particularly the issue of materiality.

11. The relief sought in this Motion is not for purposes of delay.

Respectfully submitted this 4th day of October 2024.

/s/ Elizabeth C. Billhimer
ELIZABETH C. BILLHIMER
Florida Bar No. 0121986
MATTHEWS & MATTHEWS, LLP
4475 Legendary Drive
Destin, Florida 32541
Telephone: (850) 837-3226
Fax: (850) 654-1634
*Attorney for Appellants*

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for Appellees, Okaloosa County and Jay Odom, and Appellees do not object to the relief sought herein.

*/s/ Elizabeth C. Billhimer*
ELIZABETH BILLHIMER

## CERTIFICATE OF COMPLIANCE AS TO WORD COUNT

This Motion complies with the type-volume limitations of Fed. R. App. P. 27(d) and Fed. R. App. 32(c) because this Motion contains 400 words, excluding the elements of the Motion exempt by Fed. R. App. P. 32(f).

*/s/ Elizabeth C. Billhimer*
ELIZABETH BILLHIMER

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1 and 11th Circuit Rule 26.1-4, Appellants, United States of America and The State of Florida *ex rel.* Robert V. Smith file this Certificate of Interested Persons and Corporate Disclosure Statement.

**I.   Disclosure Pursuant to L.R.A.P. 26.1-1:**

    A.   Beard, Esq., Amelia Hallenber

    B.   Billhimer, Esq., Elizabeth C.

    C.   Bolitho, The Honorable Zachary C.

4

D.   Boyles, Commissioner Nathan

E.   Goodwin, Commissioner Trey

F.   Gordon, III, Esq. A. Benjamin

G.   Hoshihara, Esq. Lynn M.

H.   Hunt, Esq., Nathaniel H.

I.   Izzo, Esq., Anne Nicole

J.   Ketchel, Commissioner Carolyn

K.   Kirsch, Esq., Peter J.

L.   Knight, Esq., Christopher A.

M.   Mixon, Commissioner Paul

N.   Odom, Jay A.

O.   Okaloosa County Board of County Commissioners

P.   Okaloosa County, Florida

Q.   Parsons, Esq. Kerry A.

R.   Patronis, Jimm – FL Dept. of Financial Services

S.   Ponder, Commissioner Mel

T.   Rodgers, The Honorable M. Casey

U.   Schofield, Esq., Michael J.

V.   Shaud, Esq., Matthew Reed

W.   Smith, Robert V.

  X. Sobotkin, Esq., David M.

  Y. State of Florida, The

  Z. Stewart, Esq., Gregory T.

  AA. United States of America

  BB. Wilbanks, Esq., Sarah

**II.** **Disclosure Pursuant to F.R.A.P. 26.1 (Parent Corporation and Publicly Held Corporations that Own 10% of More of Appellee's Stock):**

  A. None.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Eleventh Circuit Court of Appeals and served electronically to all counsel of record under 11th Circuit Local Rule 25-3(a), this 3rd day of October 2024. Additionally, copies have been mailed via first class U.S. mail, postage prepaid on this 4th day of October 2024 to the following:

CHRISTOPHER A. KNIGHT
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL  32399-1050

JIMMY PATRONIS, Chief Financial Officer
Florida Department of Financial Services
200 East Gaines Street
Tallahassee, FL  32399

DAVID M. SOBOTKIN
Trial Attorney
U.S. Department of Justice
Civil Division, Fraud Section
Post Office Box 261
Ben Franklin Station
Washington, D.C.  20044

*/s/ Elizabeth C. Billhimer*
ELIZABETH C. BILLHIMER

UNITED STATES DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION
WASHINGTON DC

| | |
|---|---|
| ROBERT V. SMITH,<br><br>COMPLAINANT,<br><br>v.<br><br>OKALOOSA COUNTY, FLORIDA,<br><br>RESPONDENT. | <br><br>FAA Docket No. 16-24-01 |

### NOTICE OF EXTENSION

This matter is before the Federal Aviation Administration (FAA) based on the above-referenced complaint, filed in accordance with *FAA Rules of Practice for Federally-Assisted Airport Enforcement Proceedings*, 14 CFR part 16 (Rules of Practice). Additional time is necessary and appropriate for a fair and complete consideration of the matters before the agency. Accordingly, pursuant to 14 CFR part 16, subpart B, the date by which the Director's Determination will be issued in this matter is hereby **EXTENDED** to and including **November 1, 2024**.

MICHAEL PRICE
Digitally signed by MICHAEL PRICE
Date: 2024.09.09 17:15:58 -04'00'
_____
Michael B. Price
Manager, Office of Airport Compliance
 and Management Analysis

**Exhibit 1**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 10, 2024, I caused to be emailed and/or to be placed in the Federal Express a true copy of the foregoing Notice of Extension of Time for FAA Docket No. 16-24-01 addressed to:

**FOR THE COMPLAINANT**

Elizabeth C. Billhimer
MATTHEWS & MATTHEWS, LLP
4475 Legendary Drive
Destin, Florida  32541
ebillhimer@destinlaw.com
aphillips@destinlaw.com


**FOR THE RESPONDENT**

W. Eric Pilsk
Adam Gerchick
Kaplan Kirsch & Rockwell LLP
1634 I (Eye) Street NW, Suite 300
Washington, DC  20006
epilsk@kaplankirsch.com
agerchick@kaplankirsch.com


**Copy to:**
FAA Part 16 Airport Proceedings Docket (AGC-600)
FAA Airport Compliance and Management Analysis (ACO-100)
FAA Southern Region Airports Division (ASO-620)


_____
Danielle Hinnant
Office of Airport Compliance
 and Management Analysis